HENRY HENDRICKSON, Plaintiff, v. CARTER & WEEKES STEVEDORING COMPANY, Appellant, and UNITED PORT SERVICE, INC., Defendant-Respondent.

Submitted July 20, 1943; decided July 20, 1943.

*Lyman A. Spalding* and *Robert E. Curran* for motion.

*Patrick E. Gibbons* and *E. C. Sherwood* opposed.

Motion granted and appeal dismissed, with costs, and the dollars costs of motion.